**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7210**

———————

JOHN DAVID MCBRIDE,

                              Plaintiff - Appellant,

        versus

COMMONWEALTH'S ATTORNEY'S OFFICE; STATE OF
VIRGINIA,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-03-172-3)

———————

Submitted:  November 21, 2003      Decided:  December 12, 2003

———————

Before WILKINSON, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John David McBride, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John David McBride appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McBride v. Commonwealth's Attorney's Office, No. CA-03-172-6 (E.D. Va. July 24, 2003). We deny McBride's motion for release and compensation relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED